IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JONATHAN EDWARD NICHOLLS,<br><br>Plaintiff,<br><br>v.<br><br>FLOYD COUNTY, GEORGIA,<br>CITY OF ROME, GEORGIA,<br>Lt. CHRISTOPHER HOVERS, and<br>OTHER YET TO BE IDENTIFIED<br>JOHN DOE LAW ENFORCEMENT<br>OFFICERS, | )<br>)   Civil Action No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## VERIFICATION

COMES NOW Jonathan Edward Nicholls being of sound mind, free of duress and/or coercion and capable of making sworn testimony and herein swears and affirms under oath the factual allegations contained within the foregoing complaint for damages are true and correct to the best of her knowledge and belief.

So Sworn this 17 day of April, 2023.

_____
Jonathan Edward Nicholls

So Sworn and Subscribed Before Me
This 17th day of April, 2023

_____
NOTARY PUBLIC

