**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

**4:23-cv-00122-WMR**
Nicholls v. Floyd County, Georgia et al
Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 02/27/2024.

| | |
|---|---|
| TIME COURT COMMENCED: 11:25 A.M. | COURT REPORTER: Geraldine Glover |
| TIME COURT CONCLUDED: 12:45 P.M. | CSO/DUSM: Dino Smimmo |
| TIME IN COURT: 1:20 | DEPUTY CLERK: Jill Ayers |
| OFFICE LOCATION: Rome | |

ATTORNEY(S) PRESENT:   Jesse Davis representing City of Rome, Georgia
Samuel Lucas representing City of Rome, Georgia
Ryan Ray representing Floyd County, Georgia
Ryan Ray representing Christopher Hovers
W. Salter representing Johnathan Edward Nicholls

PROCEEDING CATEGORY:   Motion Hearing(Motion Hearing Non-evidentiary);

MINUTE TEXT:   Motion hearing held regarding pending [20], [21], and [22] Motions to Dismiss for failure to state a claim. Arguments hear from parties. Written order will follow.