# WOMACK, RODHAM & RAY, P.C.
*Attorneys At Law*

Ronald R. Womack  
Steven M. Rodham*  
Ryan L. Ray

109 East Patton Street  
P. O. Box 549  
LaFayette, Georgia 30728

*also licensed in Tennessee

Telephone (706)638-2234  
Facsimile (706)638-3173  
Writer's email - rwomack@wrrlawfirm.com

March 26, 2024

Honorable William M. Ray II  
Richard B. Russell Federal Building and U.S. Courthouse  
Room 1721  
75 Ted Turner Drive SW  
Atlanta, GA 30303

      RE:   Jonathan Edwards Nicholls v. Floyd County, Georgia et al.  
              Civil Action No.4:23-CV-122

Dear Judge Ray:

    Pursuant to Local Rule 83.1E(4), please accept this letter as my notice of leave of absence for May 24, 2024, through June 3, 2024, as I will be away from the practice of law on family vacation. Please accept this letter as my request that this case not be calendared during the period set forth herein.

Very truly yours,

Womack, Rodham & Ray P.C.

Ronald R. Womack  
Counsel for Defendant

RRW/mw